IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:23-cr-005 |
| | ) |
| OCTAVIUS MYRON JOHNSON, | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant. | ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, Octavius Johnson's Renewed Motion for a Judgment of Acquittal, ECF No. 169, is **DENIED**.

It is **SO ORDERED**.

Entered: December 13, 2023

Michael F. Urbanski
Chief United States District Judge

1